UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01875-SEB-MG |
| | ) | |
| HIGH PERFORMANCE ALLOYS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| HIGH PERFORMANCE ALLOYS, INC., | ) | |
| | ) | |
| Counter Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INSURANCE COMPANY OF THE WEST, | ) | |
| | ) | |
| Counter Defendant. | ) | |

## JUDGMENT

Pursuant to the Court's ruling entered on this date, final judgment is hereby entered in favor of Plaintiff and against Defendants on Plaintiff's request for declaratory relief, holding that Plaintiff has no duty to defend or indemnify Defendant High Performance Alloys, Inc. in the underlying lawsuit.

Date: _____1/29/2025_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

Matthew James Anderson
May Oberfell Lorber
manderson@maylorber.com

Trevor J. Crossen
CROSSEN LAW FIRM, LLC
trevor@crossenlawfirm.com

Mary E. McClellan
Quintairos, Prieto, Wood & Boyer
mary.mcclellan@qpwblaw.com

William Kilburn McVisk
Tressler LLP
wmcvisk@tresslerllp.com

Robert J. Palmer
MAY OBERFELL AND LORBER
rpalmer@maylorber.com

Colleen N Savage
Sgro and Roger
csavage@sgroandroger.com

Anthony Sgro
Sgro & Roger
tsgro@sgroandroger.com

Georgianne Marie Walker
MAY OBERFELL LORBER
gwalker@maylorber.com