# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST,  )<br>  )<br>    *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>HIGH PERFORMANCE ALLOYS, INC., and  )<br>SARA SULLIVAN, as WIFE and  )<br>PERSONAL REPRESENTATIVE of the  )<br>ESTATE OF ELLIOTT SULLIVAN,  )<br>DECEASED,  )<br>  )<br>    *Defendants*,  )<br>  )<br>HIGH PERFORMANCE ALLOYS, INC.,  )<br>  )<br>    *Counter-Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>INSURANCE COMPANY OF THE WEST,  )<br>  )<br>    *Counter-Defendant*.  )   | Case No. 1:23-cv-01875-SEB-MG |

## **NOTICE OF APPEAL**

Notice is hereby given pursuant to Fed.R.App.P. 4(a)(1) that High Performance Alloys, Inc., defendants and counter claimants in the above named case, hereby appeal to the United States Court of Appeals for the 7th Circuit from the Judgment entered on January 29, 2025 and the District Court's Order of January 29, 2025.

Respectfully submitted,

*/s/Robert J. Palmer*
Robert J. Palmer (6316-71)
Georgianne M. Walker (23182-71)
Matthew J. Anderson (27511-71)
*Attorneys for Defendant/Counter-Plaintiff*
*High Performance Alloys, Inc.*

>**MAY • OBERFELL • LORBER LLP**
>4100 Edison Lakes Parkway, Suite 100
>Mishawaka, IN 46545
>Telephone: 574.243.4100
>Fax: 574.232.9789
>gwalker@maylorber.com
>rpalmer@maylorber.com
>manderson@maylorber.com

### CERTIFICATE OF SERVICE

I certify that a copy of the forgoing was served upon all attorneys of record via the Court's ECF system on February 27, 2025

>/s/ Robert J. Palmer
>Robert J. Palmer (6316-71)